UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-150-01-JL

<u>Kenneth P. Chase</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted in part; Trial is rescheduled to the two-week period beginning January 5, 2010.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

*/s/ Joe Laplante*

Joseph N. Laplante
United States District Judge

Date: October 19, 2009


cc:  Jonathan Saxe, Esq.
     Clyde Garrigan, Esq.
     U.S. Marshal
     U.S. Probation