UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No. 09-150-01-JL |
| | ) | |
| **KENNETH P. CHASE** | ) | |

## FINAL ORDER OF FORFEITURE

This Court orally entered a Preliminary Order of Forfeiture on April 1, 2010, ordering defendant Kenneth P. Chase to forfeit his interest in the following property:

One (1) Tech DC-9 9mm pistol, S/N D026488

The Preliminary Order of Forfeiture became final as to Kenneth P. Chase at the time of his sentencing and was incorporated into the written Judgment on April 1, 2010.

Notice of the Preliminary Order of Forfeiture, notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, as well as the intent of the United States to dispose of the property in accordance with the law, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 9, 2010.

No timely claim or petition has been filed.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to:

One (1) Tech DC-9 9mm pistol, S/N D026488

is hereby condemned, forfeited and vested to the United States of America pursuant to 21 U.S.C. § 853, free of the claims and interests of any other person or entity and from which amounts the United States Marshals Service shall deduct its costs related to this proceeding.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the property described above shall be disposed of by the United States Marshals Service in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Marshals Service and a copy to all counsel of record.

Dated: June 14, 2010                    /s/Joseph N. Laplante

                                            United States District Judge

cc:   Counsel of Record